UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARESTY INTERNATIONAL LAW OFFICES, P.C.<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)  04 12532 RWZ<br>)<br>)  Case No._____<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 7.3

In accordance with this Court's Local Rule 7.3, Plaintiff Aresty International Law Offices, P.C., states that it does not have any parent corporation or publicly held company that owns 10 percent or more of its stock.

Respectfully submitted,

ARESTY INTERNATIONAL LAW OFFICES, PC,

By its attorney,

_____
James T. Hargrove (BBO# 550975)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
617-482-1776

Dated: December 1, 2004.

-1-

GSDOCS-1430031-1
12/01/2004 3:22 PM