UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARESTY INTERNATIONAL LAW OFFICES, P.C.<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 04-12532 RWZ<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Plaintiff Aresty International Law Offices, P.C. and Defendant Hartford Fire Insurance Company, by their respective undersigned attorneys, present this Joint Statement pursuant to Local Rule 16.1.

I.  **Proposed Pre-Trial Schedule**

   A.  Automatic Initial Disclosures

   The parties will complete the automatic initial disclosures required by Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A) by April 1, 2005.

   Automatic Disclosure of Expert Testimony

   The parties will complete the automatic disclosure of expert testimony required by Fed. R. Civ. P. 26(a)(2) by August 1, 2005.

B. <u>Automatic Pretrial Disclosures</u>

The parties will complete the automatic pretrial disclosures required by Fed. R. Civ. P. 26(a)(3) by February 1, 2006.

<u>Further Discovery</u>

The parties will complete all further discovery pursuant to Local Rule 26.1(C) by September 30, 2005.

C. <u>Pre-Trial Motions</u>

The parties shall file any dispositive pre-trial motions on or before December 31, 2005.

II. **Referral to United States Magistrate Judge**

The parties do not consent to trial by magistrate judge.

III. **Local Rule 16.1 Certifications**

The parties have attached their respective certifications pursuant to Local Rule 16.1(D)(3) as Exhibits A and B.

Respectfully submitted,

| **Aresty International Law Offices, P.C.** | **Hartford Fire Insurance Co.** |
|---|---|
| By its attorney, | By its attorney, |
| James T. Hargrove (BBO# 550975)<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, Massachusetts 02110-3333<br>(617) 482-1776 | Michael F. Aylward (BBO# 024850)<br>Morrison Mahoney, LLP<br>250 Summer Street<br>Boston, Massachusetts 02110<br>(617) 439-7500 |

Dated: February 22, 2005