UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARESTY INTERNATIONAL LAW OFFICES, P.C.<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY<br><br>Defendant. | CASE NO. 04-12532 RWZ |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF PLAINTIFF ARESTY INTERNATIONAL LAW OFFICES, P.C.

In accordance with Local Rule 16.1(D)(3), Plaintiff Aresty International Law Offices, P.C. hereby certifies that it has conferred with counsel (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation, and (b) to consider the resolution of this litigation through alternative dispute resolution programs.

ARESTY INTERNATIONAL
LAW OFFICES, P.C.

*[signature]*
By: Jeffrey Aresty, Esq.

ARESTY INTERNATIONAL
LAW OFFICES, P.C.

By its attorney,
*[signature]*
James T. Hargrove (BBO# 550975)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776