UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARESTY INTERNATIONAL LAW OFFICES, P.C.,<br>    Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br>    Defendant. | DOCKET NO: 04-12532 RWZ |

## ASSENTED-TO MOTION TO CONTINUE TRIAL DATE

Defendant, Hartford Fire Insurance Company, respectfully asks that this Court briefly continue the trial date that was recently set in this case for the week of April 18, 2005 and states in support thereof as follows:

1. The April 18 trial date was set at a Rule 16 Conference on February 22, 2005. At the time that this date was agreed to, counsel for the defendant did not have his trial calendar with him and did not recall that on that date he was scheduled to teach a course at the Property Loss Research Bureau (PLRB) claims conference in San Antonio on April 18 and April 20, 2005 for which airfare and travel arrangements have already been made. (Trial counsel for the plaintiff also routinely attends the PLRB conference and was himself a faculty member a few years ago.)

3. Although counsel has delayed filing this motion in the hope that a reasonable settlement might be achieved in the interim, it is unclear whether settlement is feasible before April 18.

4.     Counsel for the plaintiff has indicated that he does not oppose this Motion so long as the continuance is for a month or less.

WHEREFORE, the defendant respectfully asks that the trial of this case be postponed until any two days on or after the week of April 18, 2005, and for such other and further relief as this Court may deem just and appropriate.

> Respectfully submitted,
> The defendant,
> Hartford Fire Insurance Company,
> By its attorneys,
>
> /s/ Michael F. Aylward
> _____
> Michael F. Aylward, BBO #024850
> MORRISON MAHONEY LLP
> 250 Summer Street
> Boston, MA  02210
> (617) 439-7500

Dated:  March 18, 2005

I hereby certify that this document has been served upon all counsel of record in compliance with the Fed. R. Civ. P.. this 18th day of March, 2005.

> /s/ Michael F. Aylward
> _____