UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 04-12532-RWZ


ARESTY INTERNATIONAL LAW OFFICES P.C.

v.

HARTFORD FIRE INSURANCE COMPANY


PRETRIAL ORDER

September 9, 2005


ZOBEL, D.J.

    This matter having come before the Court at a pretrial conference held pursuant

to Rule 16, Fed. R. Civ. P., 28 U.S.C., and James T. Hargrove having appeared as

counsel for plaintiff, Aresty International Law Offices P.C.; and Lawrence A. Dugan

having appeared as counsel for defendant Hartford Fire Insurance Company, the

following action was taken:

1.    TRIAL

    Trial to the Court is scheduled to commence on September 19, 2005, at 9 a.m.

2.    ISSUES

    The parties agree that the only issues to be tried are:

    a)    whether defendant correctly denied coverage on the grounds of fraud and

        exaggeration;

    b)    whether defendant violated Mass. Gen. Laws ch. 93A by denying the

claim improperly;

c)    whether plaintiff lost "valuable papers" as a result of the flood and, if so;

d)    the value of the papers.

The parties agree that "value" is to be measured by the cost of replacing the papers - largely research memoranda.  They disagree whether "replacement" cost includes the cost of research, and they disagree about the extent of coverage, whether only expenses actually incurred are payable or also those that may be incurred in the future.

The parties agree as to the amount of the loss for physical damage, except as noted in subparagraph (d) above.

The parties further agree that plaintiff has the burden of proof on issues (b), (c) and (d); defendant has the burden on (a).  Plaintiff will present its case first, by agreement of the parties.

3.    <u>WITNESSES</u>

On or before September 15, 2005, each party shall file a list of witnesses who will testify at trial.

4.    <u>EXHIBITS</u>

Prior to the commencement of trial on September 19, 2005, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other.  All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence.  Counsel shall mark these exhibits, prepare a listing thereof, and file four copies.  Objected-to exhibits shall be

marked for identification and listed separately.


5.      TRIAL BRIEFS

Trial briefs shall be filed by the first day of trial, September 19, 2005.


_____                  /s/ Rya W. Zobel
        DATE                             RYA W. ZOBEL
                                         UNITED STATES DISTRICT JUDGE