# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ARESTY INTERNATIONAL LAW OFFICES, P.C. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 04-12532 RWZ |
| | ) ) | |
| HARTFORD FIRE INSURANCE COMPANY | ) ) | |
| Defendant. | ) ) | |

## WITNESS LIST

In accordance with the Court's Pretrial Order, dated September 9, 2005, the parties hereby submit the following witness lists:

I.  <u>Witnesses who will testify for Aresty International Law Offices, P.C.</u>:

    1. Jeffrey Aresty

    2. Ken Burdulis

    3. James Carey

    4. Deborah Garland

    5. Robert Percopo

    6. John Perry

    7. Samuel Rizzitelli

II. <u>Witnesses who will testify for Hartford Fire Insurance Company</u>:

    1. Ken Burdulis

    2. Floyd Draper

3. John Perry

4. Samuel Rizzitelli

Respectfully submitted,

| **Aresty International Law Offices, P.C.** | **Hartford Fire Insurance Co**. |
|---|---|
| By its attorney, | By its attorney, |
| _____/s/ Derek B. Domian_____ | _____/s/ Michael F. Aylward_____ |
| James T. Hargrove (BBO# 550975) | Michael F. Aylward (BBO # 024850) |
| Derek B. Domian (BBo # 660568) | Morrison Mahoney, LLP |
| Goulston & Storrs, P.C. | 250 Summer Street |
| 400 Atlantic Avenue | Boston, Massachusetts 02110 |
| Boston, Massachusetts 02110-3333 | (617) 439-7500 |
| (617) 482-1776 | |

Dated:  September 15, 2005